IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| EPIC FIBER UNDERGROUND CONSTRUCTION, LLC,<br><br>*Plaintiff*,<br><br>vs.<br><br>UTILITIES SERVICE RADIUS LLC,<br><br>*Defendant*. | :<br>:<br>:  Case No. 1:24-cv-720<br>:<br>:  Judge Jeffery P. Hopkins<br>:<br>:  Magistrate Judge Karen L. Litkovitz<br>:<br>:<br>: |

### ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation (Doc. 19) issued by Magistrate Judge Karen L. Litkovitz on June 11, 2025.

The Magistrate Judge recommends Plaintiff's Motion for Default Judgment (Doc. 18) be granted in part and denied in part. No objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired.

Having carefully reviewed the comprehensive findings and conclusions of the Magistrate Judge and finding no clear error, the Court hereby **ADOPTS** the Report and Recommendation (Doc. 19) in its entirety. *See* Fed. R. Civ. P. 72 (advisory committee notes from 1983 amendment) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation"); *see, e.g., Roane v. Warden of Corr. Reception Ctr.*, No. 2:22-cv-2768, 2022 WL 16535903, at *1 (S.D. Ohio Oct. 28, 2022).

Accordingly, the Court **ORDERS** as follows:

1. Plaintiff's Motion for Default Judgment (Doc. 18) is **GRANTED** in part and **DENIED** in part:

    a. Plaintiff's requests for (1) default judgment on its breach of contract claim, (2) pre-judgment interest, (3) attorney fees and costs, and (4) post-judgment interest are **GRANTED**.

    b. Plaintiff's requests for default judgment on its unjust enrichment and Ohio Prompt Payment Act (OPPA) claims are **DENIED**.

2. Judgment in the amount of $118,890.03, plus post-judgment interest at the federal statutory rate to accrue until paid shall be **ENTERED** against Defendant.

    **IT IS SO ORDERED.**

October 7, 2025

Hon. Jeffery P. Hopkins
United States District Judge